UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-312-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NOTICE OF INTENT TO REQUEST |
| v. | ) | JUDICIAL REMOVAL |
| | ) | |
| HOUCINE BECHIR GHOUL | ) | |

The United States hereby provides this notice to HOUCINE BECHIR GHOUL ("defendant") and to his attorney of record, Christopher Locascio, confirming that, consistent with his agreement with the United States, upon conviction of the defendant for violation of 18 U.S.C. § 1425(a) and 26 U.S.C. § 7206(1), the United States shall request that the Court issue a judicial order of removal against the defendant pursuant to 8 U.S.C. § 1228(c) (section 238(c) of the Immigration and Nationality Act of 1952, as amended).

Respectfully submitted, this 4th day of January 2018.

    ROBERT J. HIGDON, JR.
    United States Attorney

    */s/ Jason M. Kellhofer*
    JASON M. KELLHOFER
    Assistant United States Attorney
    United States Attorney's Office
    310 New Bern Ave., Suite 800
    Raleigh, NC 27601
    Telephone (919) 856-4874
    Fax (919) 856-4487
    Jason.Kellhofer@usdoj.gov
    OH Bar No. 0074736

Page **1** of **2**

Case 5:17-cr-00312-D   Document 33   Filed 01/04/18   Page 1 of 2

CERTIFICATE OF SERVICE

    I certify that I have on this 4th day of January 2018, served a copy of the foregoing upon the Defendant either to counsel electronically, or by mail addressed as follows:

**Chris Locascio**
**150 Fayetteville Street, Suite 450**
**Raleigh, North Carolina 27602**
**Email: chris_locascio@fd.org**

    */s/ Jason M. Kellhofer*
JASON M. KELLHOFER
Assistant United States Attorney
United States Attorney's Office
310 New Bern Ave., Suite 800
Raleigh, NC 27601
Telephone (919) 856-4874
Fax (919) 856-4487
Jason.Kellhofer@usdoj.gov
OH Bar No. 0074736