UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00312-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOUCINE BECHIR GHOUL | ORDER |

On motion of the Defendant, Houcine Bechir Ghoul, and for good cause shown, it is hereby ORDERED that the Sentencing Memorandum at Docket Entry # 43 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and counsel for the defendant.

IT IS SO ORDERED.

This the 7 day of July, 2018.

JAMES C. DEVER III
Chief United States District Judge