FILED IN OPEN COURT
ON 8/8/20 [illegible]
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00312-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | STIPULATED JUDICIAL ORDER |
| v. | ) | OF REMOVAL |
| | ) | |
| HOUCINE BECHIR GHOUL | ) | |

Upon the Application of the United States; upon the Factual Allegations in Support of Judicial Order of Removal; upon the statement and consent of HOUCINE BECHIR GHOUL ("defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Tunisia and a citizen of Tunisia.

3. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of North Carolina, of a three count Criminal Information that includes a violation of 18 U.S.C. § 1425(a) for Attempted Unlawful Procurement of Citizenship and two violations of 26 U.S.C. § 7206(1) for False Tax Filings.

1

4. The violations of 18 U.S.C. § 1425(a) and 26 U.S.C. § 7206(1) are felony offenses constituting crimes of moral turpitude under 8 U.S.C. § 1227(a)(2)(A)(ii). These crimes did not arise out of a single scheme of criminal misconduct. Therefore, pursuant to 8 U.S.C. § 1227(a)(2)(A)(ii), the defendant is, and at sentencing will be, subject to removal from the United States.

5. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

6. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Tunisia promptly upon his completion of a term of imprisonment, if any.

IT IS SO ORDERED this __8__ day of __August__, 2018.

_____
JAMES C. DEVER III
Chief United States District Judge